UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARISSA CARTER, EVELYN GRYS, BRUCE CURRIER, SHARON KONING, SUE BEEHLER, MARSHA MANCUSO, and JACLYN CUTHBERTSON, as individuals and as representatives of the classes,

                      Plaintiffs,

    v.                                               Civil No. 6:14-CV-06275-FPG

CIOX HEALTH, LLC f/k/a HEALTHPORT TECHNOLOGIES, LLC, THE ROCHESTER GENERAL HOSPITAL, THE UNITY HOSPITAL OF ROCHESTER, and F.F. THOMPSON HOSPITAL, INC.,

                      Defendants.

---

### NOTICE OF MOTION FOR A PROTECTIVE ORDER AND TO QUASH

| | |
|---|---|
| Nature of Action: | New York Public Health Law § 18. |
| Moving Party: | Defendant CIOX Health, LLC. |
| Schedule: | To be set by the Court. |
| Place: | In the courtroom of the Honorable Marian W. Payson, United States Courthouse, 100 State Street, Rochester, New York 14614. |
| Supporting Papers: | Declaration of Jodyann Galvin, dated March 2, 2018, with attached Exhibits A through L; Declaration of Gregory Trerotola, dated March 2, 2018, with attached Exhibit A; Declaration of Lori Reel, dated February 22, 2018; Memorandum of Law in Support of Defendant CIOX Health LLC's Motion for a Protective Order and to Quash, dated March 2, 2018. |
| Answering Papers: | Absent an Order setting deadlines, pursuant to Local Rule 7(b)(2)(B), opposing papers must be served within fourteen (14) days after the service of this motion.  Defendant CIOX |

- 2 -

|  |  |
|---|---|
|  | intends to file and serve a reply, which will be served within seven (7) days after service of opposing papers. |
| Relief Requested: | A protective order: (1) directing that plaintiffs take the deposition of CIOX expert Gregory Trerotola in the ordinary course of expert discovery after expert disclosure is made and in accordance with case deadlines — not during fact discovery; and (2) barring the deposition of Lori Reel, CIOX's Chief Accounting Officer. |
| Grounds for Relief: | Federal Rule of Civil Procedure 26(c), 45(d)(3). |
| Oral Argument: | Requested. |

Date:  March 2, 2018

          **HODGSON RUSS LLP**
          *Attorneys for CIOX Health, LLC*


    By    s/Jodyann Galvin
          Jodyann Galvin
          Aaron M. Saykin
          The Guaranty Building
          140 Pearl Street, Suite 100
          Buffalo, New York  14202
          Telephone:  (716) 856-4000
          *jgalvin@hodgsonruss.com*
          *asaykin@hodgsonruss.com*

078116.00001 Litigation 14692965v1