# EXHIBIT A



**Nichols Kaster**
ATTORNEYS AT LAW

Kai H. Richter
Direct: (612) 256-3278
Fax: (612) 338-4878
krichter@nka.com

4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

January 23, 2018

**VIA E-MAIL AND U.S. MAIL**

Jodyann Galvin
Aaron M. Saykin
Hodgson Russ, LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
jgalvin@hodgsonruss.com
asaykin@hodgsonruss.com

Eric J. Ward
Amanda B. Burns
Ward Greenberg Heller & Reidy LLP
300 State Street, 6th Floor
Rochester, New York 14614
eward@wardgreenberg.com

Re: *Carter, et al. v. CIOX Health, LLC f/k/a HealthPort Technologies, LLC, et al.*
Court File: 6:14-CV-06275-FPG

Dear Counsel,

Enclosed and served upon you, please find:

1. Plaintiffs' Notice of Deposition of CIOX Health, LLC Pursuant To Fed. R. Civ. P. 30(b)(6);
2. Notice of Deposition of Lori Reel;
3. Notice of Deposition of Gregory Trerotola; and
4. Subpoena of Gregory Trerotola.

Please note that we have scheduled CIOX's 30(b)(6) deposition and Ms. Reel's deposition on consecutive dates to coincide with the status conference scheduled for March 20, 2018.

Sincerely,

NICHOLS KASTER, PLLP

Kai Richter

cc: Katherine L. Burns, Esq. (*via electronic mail*)
Stephen G. Schwarz, Esq. (*via electronic mail*)

www.nka.com