# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Marissa Carter, Evelyn Grys, Bruce Currier,
Sharon Koning, Sue Beehler, Marsha Mancuso,
and Jaclyn Cuthbertson, as individuals
and as representatives of the classes,

      Plaintiffs,

vs.

CIOX Health, LLC f/k/a HealthPort Technologies, LLC, the Rochester General Hospital, the Unity Hospital of Rochester, and F.F. Thompson Hospital, Inc.,

      Defendants.

Case No.: 6:14-CV-06275-FPG

**NOTICE OF DEPOSITION OF LORI REEL**

---

**TO: DEFENDANT CIOX HEALTH, LLC AND ITS ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Lori Reel on **March 20, 2018**, beginning at **12:00 p.m.** and continuing thereafter by adjournment until completed. The deposition will take place before a qualified court reporter at Faraci Lange LLP, 28 East Main Street, Suite 1100, Rochester, NY 14614. In connection with this Notice of Deposition, **Defendant is requested to produce, within 30 days of this Notice, all documents and tangible things authored by, received by, copied to, or in the possession of Ms. Reel that are responsive to Plaintiffs' Requests for Production of Documents** (to the extent that such documents have not already been produced).

Dated: January 23, 2018         **NICHOLS KASTER, PLLP**

By: /s/ Kai H. Richter
Kai H. Richter, MN Bar #0296545*
Mark E. Thomson, MN Bar #0398260*
*Admitted generally to W.D.N.Y.
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
efrisch@nka.com

**FARACI LANGE LLP**

Stephen G Schwarz, NY Bar #2008936
Kathryn Lee Bruns, NY Bar #2874063
28 E. Main Street, Suite 1100
Rochester, NY 14614
Telephone: (585) 325-5150
Fax: (585) 325-3285
sschwarz@faraci.com
kbruns@faraci.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Marissa Carter, Evelyn Grys, Bruce Currier, Sharon Koning, Sue Beehler, Marsha Mancuso, and Jaclyn Cuthbertson, as individuals and as representatives of the classes,<br><br>       Plaintiffs,<br><br>vs.<br><br>CIOX Health, LLC f/k/a HealthPort Technologies, LLC, the Rochester General Hospital, the Unity Hospital of Rochester, and F.F. Thompson Hospital, Inc.,<br><br>       Defendants. | Case No.: 6:14-CV-06275-FPG<br><br>**AMENDED NOTICE OF DEPOSITION OF LORI REEL** |

---

**TO: DEFENDANT CIOX HEALTH, LLC AND ITS ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Lori Reel on **April 13, 2018**, beginning at **9:00 a.m.** and continuing thereafter by adjournment until completed. The deposition will take place before a qualified court reporter at Burr & Forman LLP, 171 17th Street NW, Suite 1100, Atlanta, GA 30363. In connection with this Notice of Deposition, **Defendant is requested to produce, within 30 days of this Notice, all documents and tangible things authored by, received by, copied to, or in the possession of Ms. Reel that are responsive to Plaintiffs' Requests for Production of Documents** (to the extent that such documents have not already been produced).

Dated: February 26, 2018          **NICHOLS KASTER, PLLP**

By: /s/ Kai H. Richter
Kai H. Richter, MN Bar #0296545*
Mark E. Thomson, MN Bar #0398260*
*Admitted generally to W.D.N.Y.
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
efrisch@nka.com

**FARACI LANGE LLP**

Stephen G Schwarz, NY Bar #2008936
Kathryn Lee Bruns, NY Bar #2874063
28 E. Main Street, Suite 1100
Rochester, NY 14614
Telephone: (585) 325-5150
Fax: (585) 325-3285
sschwarz@faraci.com
kbruns@faraci.com

ATTORNEYS FOR PLAINTIFFS