# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Marissa Carter, Evelyn Grys, Bruce Currier,
Sharon Koning, Sue Beehler, Marsha Mancuso,
and Jaclyn Cuthbertson, as individuals
and as representatives of the classes,

                    Plaintiffs,

vs.

CIOX Health, LLC f/k/a HealthPort Technologies, LLC, the Rochester General Hospital, the Unity Hospital of Rochester, and F.F. Thompson Hospital, Inc.,

                    Defendants.

Case No.: 6:14-CV-06275-FPG

**NOTICE OF DEPOSITION OF GREGORY TREROTOLA**

---

**TO: DEFENDANT CIOX HEALTH, LLC AND ITS ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Gregory Trerotola on **March 28, 2018**, beginning at **9:00 a.m.** and continuing thereafter by adjournment until completed. The deposition will take place before a qualified court reporter at Block & Leviton LLP, 155 Federal Street, Suite 400, Boston, MA 02110.

Dated: January 23, 2018            **NICHOLS KASTER, PLLP**

By: /s/ Kai H. Richter
    Kai H. Richter, MN Bar #0296545*
    Mark E. Thomson, MN Bar #0398260*
    *Admitted generally to W.D.N.Y.
    4600 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402-2242
    Telephone: 612-256-3200
    Facsimile: 612-338-4878
    krichter@nka.com
    efrisch@nka.com

**FARACI LANGE LLP**

Stephen G Schwarz, NY Bar #2008936
Kathryn Lee Bruns, NY Bar #2874063
28 E. Main Street, Suite 1100
Rochester, NY 14614
Telephone: (585) 325-5150
Fax: (585) 325-3285
sschwarz@faraci.com
kbruns@faraci.com

ATTORNEYS FOR PLAINTIFFS