# EXHIBIT F



# Nichols Kaster
## ATTORNEYS AT LAW

**Kai H. Richter**
Direct: (612) 256-3278
Fax: (612) 338-4878
krichter@nka.com

4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

January 25, 2018

**VIA E-MAIL AND U.S. MAIL**

Jodyann Galvin
Aaron M. Saykin
Hodgson Russ, LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
jgalvin@hodgsonruss.com
asaykin@hodgsonruss.com

Re:  *Carter, et al. v. CIOX Health, LLC f/k/a HealthPort Technologies, LLC, et al.*
Court File: 6:14-CV-06275-FPG

Dear Counsel,

In light of your agreement to accept service on behalf of Gregory Trerotola, we are tendering the subpoena to you along with a check for witness and mileage fees in the amount of $66.54.

Sincerely,

NICHOLS KASTER, PLLP

Kai Richter

cc:  Katherine L. Burns, Esq. *(via electronic mail)*
Stephen G. Schwarz, Esq. *(via electronic mail)*
Eric J. Ward, Esq. *(via electronic mail)*
Amanda B. Burns, Esq. *(via electronic mail)*

www.nka.com