# EXHIBIT K



**Nichols Kaster**
ATTORNEYS AT LAW

Kai Richter
Direct: (612) 256-3278
Fax: (612) 338-4878
krichter@nka.com

4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

February 9, 2018

**VIA EMAIL**
Jodyann Galvin
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
jgalvin@hodgsonruss.com

      RE:    *Carter v. CIOX Health, LLC*, No. 6:14-CV-06275 (W.D.N.Y.)

Dear Jodyann,

This letter responds to your letter dated February 8, 2018 regarding Plaintiffs' subpoena upon Gregory Trerotola. To clarify, Plaintiffs have subpoenaed Mr. Trerotola as a fact witness, not as an expert witness.[1] Defendants produced two Release of Information Cost Studies authored by Mr. Trerotola as a consultant for HealthPort: one from 2013 (HEALTHPORT024524) and one from 2015 (HEALTHPORT024386). Plaintiffs' deposition of Mr. Trerotola will focus on these studies, not any work he may have done as an expert witness for purposes of litigation.

Likewise, Plaintiffs' document request seeks any "documents in [Mr. Trerotola's] possession related to any consulting reports or similar reports [he] prepared relating to CIOX Health, LLC or HealthPort Technologies, LLC *in the ordinary course of business*, or the costs associated with copying medical records or fulfilling requests for information." (emphasis added) It does not seek documents created in his capacity as an expert witness.

We trust that this clarification addresses your concerns. Please advise as to when Mr. Trerotola expects to produce the requested documents.

                                    Sincerely,

                                    **NICHOLS KASTER, PLLP**

                                    Kai Richter

cc:    Aaron Saykin (via email)
        Amanda Burns (via email)
        Eric Ward (via email)

---

[1] If Defendants later designate Mr. Trerotola as an expert witness in this action, Plaintiffs reserve the right to depose him in that capacity as well.