# EXHIBIT 2

**SUBJECT TO PENDING MOTION TO SEAL TO BE FILED TODAY**