# EXHIBIT 3

**SUBJECT TO PENDING MOTION TO SEAL TO BE FILED TODAY**