# EXHIBIT 5



Careers    Contact Us    Pay Invoice

# Lori Reel
## Chief Accounting Officer

Lori Reel is Ciox Health's chief accounting officer. With more than 20 years of healthcare experience, she is responsible for all aspects of the company's accounting functions, for planning and directing ledger accounts, financial statements, and cost control systems. Prior to joining Ciox, she was chief accounting officer and then chief financial officer at Pediatric Services of America, where she was focused on streamlining financial processes, due diligence and acquisition integration. Earlier in her career, she spent five years at Prudential Health Care focused on external financial reporting.

Lori holds a bachelor's degree in accounting from the University of South Florida and is a licensed certified public accountant.







Ciox Health facilitates and manages the movement and transfer of health information with the industry's broadest provider network and capabilities in release of information, record retrieval, and health information management.

About
Why Ciox
Solutions
Resource Center
News & Events
Careers

Client Login
Pay Invoice

## Corporate Headquarters

925 North Point Parkway
Suite 350
Alpharetta, GA 30005
United States
(800) 367-1500

Email

  

## Additional Major Locations

15458 North 28th Avenue
Phoenix, AZ 85053
United States

(877) 442-4140

1030 Ontario Road
Green Bay, WI 54311
United States

(800) 236-3355

**CONTACT US**

© 2018 Ciox Health  |  Privacy Policy