# EXHIBIT 7

**SUBJECT TO PENDING MOTION TO SEAL TO BE FILED TODAY**