# EXHIBIT 8

## SUBJECT TO PENDING MOTION TO SEAL TO BE FILED TODAY