AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

Marissa Carter, et al., )
        *Plaintiff* )
v. ) Civil Action No. 6:14-CV-6275-FPG-MWP
CIOX Health, LLC, f/k/a HealthPort Technologies, LLC, et al., )
        *Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: judgment granted in favor of Defendants against Plaintiffs and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Frank P. Geraci, Jr. on a motion for judgment on the pleadings.

Date: 08/19/2022

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*